IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

JUSTIN ALAN BURTON,

    Plaintiff,

v.                                Civil Action No. 1:10cv48
                                      (Judge Keeley)

CHRIS TYLER,
MIKE HILL,
WILLIAM YURCINA,
DENNIS FOREMAN, and
JOE MANCHIN,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DKT. 40), GRANTING MOTION TO DISMISS (DKT. 28) AND DISMISSING CASE WITH PREJUDICE

On August 27, 2010, United States Magistrate Judge John S. Kaull entered a Report and Recommendations ("R&R"), recommending that the Court dismiss this case with prejudice. The R&R further stated that any party objecting to its recommendations must do so within fourteen days of receipt of service of the R&R. The pro se plaintiff, Justin Alan Burton, accepted service of the R&R on August 30, 2010, and has filed no objections.

Accordingly, the Court **ADOPTS** the R&R (dkt. 40) in full, **GRANTS** the motion to dismiss (dkt. 28) filed by the defendants, and **DISMISSES** this case **WITH PREJUDICE.**

It is so **ORDERED.**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court directs the Clerk to strike this case from the active docket, enter a separate judgment order, and transmit copies of both orders to counsel of record and to the pro se plaintiff via certified mail, return receipt requested.

Dated: October 13, 2010

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE